UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SANDRA CARRANZA, et al.,<br><br>                 Plaintiffs,<br>  v.<br>LABORERS UNION LOCAL 304,<br><br>                Defendants.<br>_____/ | No. C 11-02459 DMR<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

Currently before the Court is Defendant's motion to consolidate cases, which is also pending before the undersigned magistrate judge in *Gloria A. Morales, et. al. v. Laborers' Union Local 304*, Case No: 11-cv-02278 MEJ. Both cases have been assigned to magistrate judges. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Thus, as one or more parties in both cases may choose not to proceed before a magistrate judge, the undersigned finds it imperative for the parties to inform the Court whether they consent to magistrate judge jurisdiction or request reassignment to a United States District Judge for trial prior to resolution of Defendant's motion. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, choose "Forms" and then "Civil Forms." The parties in both cases shall inform the Court of their decision by June 16, 2011.

**IT IS SO ORDERED.**

Dated: June 3, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge