IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA CARRANZA, LAURA GUZMAN, and TARA LEE RUYLE,<br><br>  Plaintiffs,<br><br>  v.<br><br>LABORERS' UNION LOCAL 304,<br><br>  Defendant.<br>_____/ | No. C 11-02459 WHA<br><br>**ORDER ADVANCING CASE MANAGEMENT CONFERENCE** |

Given that this matter has been related to *Morales v. Laborers' Union Local 304*, Case No. 11-cv-2278, before the undersigned, the case management conference in this matter is **ADVANCED** to **AUGUST 18, AT 11:00 A.M.**, so that the case management conferences in both matters will occur at the same time. Please submit a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: July 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE