1

2

3

4

5

6

7

8

9

10

11

12

13

14

15                           UNITED STATES DISTRICT COURT

16                           NORTHERN DISTRICT OF CALIFORNIA

17

GLORIA A. MORALES and ELSA            ) No.    C 11-02278 WHA
18  GONZALEZ,                          )
                                       )
19          Plaintiffs,                )
                                       )   **STIPULATION AND ~~[PROPOSED]~~**
20      v.                             )   **ORDER TO CONSOLIDATE CASES**
                                       )
21  LABORERS' UNION LOCAL 304,         )
                                       )
22          Defendant.                 )
                                       )
23  SANDRA CARRANZA, LAURA GUZMAN      ) No.    C 11-02459 WHA
    and TARA LEE RUYLE,                )
24                                     )
                                       )
25          Plaintiffs,                )
                                       )
26      v.                             )
                                       )
27  LABORERS' UNION LOCAL 304,         )
                                       )
28          Defendant.                 )
    //

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1    The parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 42 and Local Civil

2  Rules 7-11 and 7-12, that the above captioned matters should be consolidated for all purposes.

3    On June 28, 2011, this Court ordered these matters related. In addition to being related, the

4  two matters should be consolidated as they involve common questions of law and fact and avoid

5  unnecessary costs and delay. The parties agree that the five individual Plaintiffs in these matters

6  allege the same causes of action against a common Defendant. The claims of the Plaintiffs arise

7  out of common facts and occurrences, namely whether the employees worked overtime for the

8  Defendant without compensation.

9    The discovery for both cases will substantially overlap with the only differences being the

10  period of time each of the individual Plaintiffs was employed by the Defendant. As such, the only

11  differences between the two cases are the number of employees and the dates of each individual's

12  employment.

13    The complaints in the two cases are substantially similar and answer of the Defendant to

14  complaint is substantially similar. It is expected that discovery between the two cases will overlap

15  significantly and the parties agree it would avoid prejudice, expedite and economize Court's

16  resources and add convenience for these two matters consolidated.

17    Therefore, the parties request that these matters be consolidated.

18    SO STIPULATED:

19  Dated: July 19, 2011          WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation
20
                                  By: _____
21                                   CAREN P. SENCER
                                     Attorneys for Defendant
22
23  Dated: July 18, 2011          NEXUS LAW GROUP

                                  By: _____
24                                   JARRETT GREEN
                                     Attorneys for Plaintiffs
25
    Pursuant to stipulation, **it is so ordered**. The above-captioned cases are consolidated for all
26  purposes and Case No. 11-cv-2278 WHA will be deemed for all purposes the lead case and
    any documents filed in Case No. 11-cv-2278 WHA will be deemed to have been filed as to
27  both cases.

28  Dated: _____July 21_____, 2011

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

                                  UNITED STATES DISTRICT COURT JUDGE